UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SLASHSUPPORT, INC., a Delaware corporation, d/b/a CSS Corp,<br><br>Plaintiff,<br><br>v.<br><br>NATARAJAN CHOODAMANI,<br><br>Defendant. | Case No. 16-cv-01505-BLF<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE RE APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>[Re: ECF 3] |

On March 28, 2016, Plaintiff SlashSupport, Inc. filed the complaint in this action alleging claims for misappropriation of trade secrets and breach of contract against its former employee, Defendant Natarajan Choodamani. Plaintiff also filed an application for a temporary restraining order ("TRO") and an order to show cause why a preliminary injunction should not issue. Pl.'s Ex Parte Motion, ECF 3. Plaintiff represents that it gave Defendant notice of the imminent application for TRO on March 25, 2016 by voicemail to Defendant's counsel, and that it will serve Defendant with courtesy copies of the TRO application and supporting papers.

Plaintiff's application for TRO is HEREBY SET for hearing at 2:00 p.m. on Thursday, March 31, 2016 in Courtroom 3 on the Fifth Floor of the United States District Court, San Jose Division. Defendant may file written opposition to the TRO application on or before 12:00 p.m. on Wednesday, March 30, 2016. Whether or not Defendant files written opposition, Defendant may present oral argument at the hearing.

Plaintiff SHALL SERVE Defendant with a copy of this order as soon as is practicable. Service may be accomplished by email to Defendant's counsel.

**IT IS SO ORDERED.**

Dated: March 28, 2016

_____
BETH LABSON FREEMAN
United States District Judge