1  HANSON BRIDGETT LLP
   KURT A. FRANKLIN, SBN 172715
2  kfranklin@hansonbridgett.com
   425 Market Street, 26th Floor
3  San Francisco, California 94105
   Telephone:    (415) 777-3200
4  Facsimile:    (415) 541-9366

5  Attorneys for Plaintiff
   SlashSupport, Inc. d/b/a/ CSS Corp

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | SLASHSUPPORT, INC., a Delaware corporation, d/b/a CSS Corp, | CASE NO. 5:16-cv-01505-BLF
13 |  | **NOTICE OF CONTINUED RESOLUTION DISCUSSION AND STIPULATION TO CONTINUE BRIEFING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANT'S MOTION TO DISMISS AND TO CONTINUE THE HEARING DATE ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION AND [PROPOSED] ORDER**
   | Plaintiff, |
14 | v. |
15 | NATARAJAN CHOODAMANI, |
16 | Defendant. |

19     This is to notify the Court that the parties have made recent progress on informally
20 resolving their differences related to Plaintiff SlashSupport, Inc.'s request for a permanent
21 injunction and are now working on documentation related to a resolution.  Moreover, the parties
22 wish to focus their efforts on resolution rather than near-term briefing on the pending motions.
23 Accordingly, to avoid the cost of potentially unnecessary briefing, the parties stipulate to the
24 following:
25     (1)    The hearing on Plaintiff's Request for Preliminary Injunction is moved to 9:00 a.m.
26            on Thursday, August 11, 2016, to coincide with the hearing on Defendant's Motion
27            to Dismiss for Lack of Subject Matter Jurisdiction.
28

12394989.1

5:16-cv-01505-BLF
NOT. OF CONT. RESOLUTION DISCUSSION AND STIP. TO CONTINUE BRIEFING ON PLTF'S MOT. FOR PRELIMINARY INJUNCTION AND DEFT'S MOT. TO DISMISS AND TO CONTINUE THE HEARING DATE ON PLTF'S MOT. FOR PRELIMINARY INJUNCTION AND [PROPOSED] ORDER

(2) If briefing remains necessary, the deadline for Plaintiff to file an opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction is moved from Monday, May 23, 2016, to Monday, June 13, 2016.

(3) If briefing remains necessary, the deadline for Defendant to file an opposition to Plaintiff's Request for a Preliminary Injunction is moved from Wednesday May 25, 2016, to Wednesday, June 15, 2016.

(4) Reply briefs to both above-referenced motions, if any, shall be due with 7 days of the oppositions.

IT IS SO STIPULATED.

DATED: May 20, 2016                HANSON BRIDGETT LLP


By:   /s/ Kurt A. Franklin
KURT A. FRANKLIN
Attorneys for Plaintiff
SlashSupport, Inc. d/b/a/ CSS Corp


DATED: May 20, 2016                LAW OFFICES OF DAVID W. ANDERSON


By:   /s/ David W. Anderson
DAVID W. ANDERSON
Attorney for Defendant
Natarajan Choodamani


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: May 20, 2016


THE HONORABLE BETH LABSON FREEMAN
United States District Judge

-2-   5:16-cv-01505-BLF
NOT. OF CONT. RESOLUTION DISCUSSION AND STIP. TO CONTINUE BRIEFING ON PLTF'S MOT. FOR PRELIMINARY INJUNCTION AND DEFT'S MOT. TO DISMISS AND TO CONTINUE THE HEARING DATE ON PLTF'S MOT. FOR PRELIMINARY INJUNCTION AND [PROPOSED] ORDER

12394989.1